# NESENOFF & MILTENBERG, LLP
ATTORNEYS AT LAW
363 SEVENTH AVENUE
FIFTH FLOOR
NEW YORK, NEW YORK 10001-3904

TELEPHONE (212) 736-4500
TELECOPIER (212) 736-2260

IRA S. NESENOFF
ANDREW T. MILTENBERG

ALAN M. SHECTMAN
SHARI S. LASKOWITZ

MEGAN S. GODDARD
KIMBERLY C. LAU
MARCO A. SANTORI

OF COUNSEL
PHILIP A. BYLER
BARBARA H. TRAPASSO
ROBERT D. WERTH

PARALEGAL
ALLISON A. DUGGAN
TANYA C. SIMMONS
ROSA L. ZAPATA

August 28, 2013

**By Electronic Mail**
Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Sachin Shah v. Justin Lumiere, et al.,*
<u>Index No. 13-CV-02975 (S.D.N.Y.)(LGS)</u>

Dear Judge Schofield:

This firm is new counsel to Plaintiff Sachin Shah. My firm's Notice of Appearance, a copy of which is attached, has been filed.

I write in response to the letter dated August 23, 2013, by Steven E. Mellen, an attorney for Defendant Justin Lumiere, and in opposition to the application contained in Mr. Mellen's August 23 letter for reconsideration of this Court's Order dated August 22, 2013. What is stated in Mr. Mellen's letter does not reflect anything that this Court overlooked or misapprehended in issuing the Order dated August 22, 2013. Instead, Mr. Mellen's letter consists of various ill-considered complaints that are woefully inadequate to justify Mr. Mellen's application.

Mr. Mellen complains basically about having to respond to the Complaint and asks for the Court to reconsider and grant a 30-day extension to respond to the Complaint, citing Justin Lumiere's affidavit that blames Defendant Lester Levy for the clearly defamatory, tortiously interfering and financially damaging e-mails that are the subject of Plaintiff Sachin Shah's meritorious Complaint. Yet, Mr. Mellen in his August 23 letter also conveys the request of counsel for Defendant Lester Levy for the same 30-day extension of time to respond to the Complaint. Such cooperation by counsel for Defendants who would seem to have conflicting interests suggests caution in considering Justin Lumiere's representations before any formal answer to the Complaint

has been filed and before any discovery has been conducted.

    Suffice it to be said that what is needed in this case is for this case to proceed apace under current deadines. Counsel for the Defendants had plenty of time previously in this case to negotiate successfully a settlement, but were not successful. Mr. Mellen states that he "hopes that continued discussions with plaintiff's new counsel may prove fruitful," but that is no basis at all for further delay. Further, it is clear to new counsel for Plaintiff that the parties were not really close to reaching settlement and that Defendants just want more delay. This Court's Order dated August 22, 2013 should stand as is.

                        **Very truly yours,**
                        **NESENOFF & MILTENBERG, LLP**

                        By: *Philip A. Byler, Esq.*
                            **Philip A. Byler, Esq.**

cc:    Steven E. Mallen, Esq. (by electronic mail) - Defendant Justin Lumiere
        Lawrence P. Eagle, Esq. (by electronic mail) - Defendant Lester Levy
        Robert N. Knuts, Esq. (by electronic mail) - Defendant Stefan Lumiere

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SACHIN SHAH,

                             Plaintiff,                    13-civ-2975

        -against-                                    NOTICE OF
                                                              APPEARANCE

JUSTIN S. LUMIERE, STEFAN LORCADE ST
PIERRE LUMIERE, LESTER L. LEVY and JOHN
DOES,

                            Defendants.
------------------------------------------------------------------X

        **PLEASE TAKE NOTICE**, that the undersigned, Nesenoff & Miltenberg, LLP, hereby appears on behalf of Plaintiff Sachin Shah in the within action, and that we demand that you serve all papers upon us, and contact us with all information regarding the within action, at the address and telephone number set forth below.

Dated:   New York, New York
             August 28, 2013

                                                        NESENOFF & MILTENBERG, LLP
                                                        Attorneys for Plaintiff

                                                        By: _____
                                                        Andrew T. Miltenberg (AM 7006)
                                                        Philip A. Byler, Esq. (PB 1234)
                                                        363 Seventh Avenue, Fifth Floor
                                                        New York, New York 10001
                                                        (212) 736-4500