**NESENOFF & MILTENBERG, LLP**
ATTORNEYS AT LAW
363 SEVENTH AVENUE
FIFTH FLOOR
NEW YORK, NEW YORK 10001-3904

TELEPHONE (212) 736-4500
TELECOPIER (212) 736-2260

IRA S. NESENOFF
ANDREW T. MILTENBERG

ALAN M. SHECTMAN
SHARI S. LASKOWITZ

MEGAN S. GODDARD
KIMBERLY C. LAU
MARCO A. SANTORI

OF COUNSEL
PHILIP A. BYLER
BARBARA H. TRAPASSO
ROBERT D. WERTH

PARALEGAL
ALLISON A. DUGGAN
TANYA C. SIMMONS
ROSA L. ZAPATA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/13

December 17, 2013

**By ECF & Electronic Mail**
Honorable Lorna G. Schofield, United States District Judge
United States District Court - Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *Sachin Shah v. Justin Lumiere, et al.*,
      **Index No. 13-CV-02975 (S.D.N.Y.)(LGS)**

Dear Judge Schofield:

The undersigned represents the Plaintiff Sachin Shah in the above-referenced action. Here, however, I write on behalf of all parties in order to update the Court on the status of the ongoing efforts to mediate this matter and in furtherance of the parties' joint request for a 60-day extension of time to complete fact-discovery.

Earlier today (December 16, 2013), the parties engaged in their initial mediation session. At the mediator's suggestion and request, the parties agreed to provide supplemental material to the mediator and to adjourn the mediation for approximately 30 days, with the understanding that the parties would jointly seek an extension of the discovery schedule and discovery cut-off date while they pursue mediation.

Accordingly, the parties jointly request that the Court extend the current fact-discovery cutoff of January 21, 2014, an additional 60 days, to March 21, 2014. The extension will allow the parties to pursue mediation to conclusion. The extension will also save the resources of the Court and the parties by limiting, what may become unneeded, motion practice and discovery. Under the circumstances, there is good cause to extend the discovery deadline.

NESENOFF & MILTENBERG, LLP

*Page -2-*

     If the Court grants this request, the parties will confer and submit a revised proposed Case Management Plan that will incorporate the extension of the discovery cut-off date.

     If Your Honor requires any additional information please feel free to contact me.

                              **Very truly yours,**
                              **NESENOFF & MILTENBERG, LLP**

                              By: ___*Philip A. Byler, Esq.*___
                                   **Philip A. Byler, Esq.**

cc:    Steven E. Mallen, Esq. (by electronic mail) -
        Lawrence P. Eagle, Esq. (by electronic mail) -
        Robert N. Knuts, Esq. (by electronic mail) -

Application granted. Fact discovery deadline extended until March 21, 2014. The parties shall provide the Court with a joint status letter on January 31 and February 28 concerning the status of settlement discussions and discovery. The parties shall conduct discovery as necessary, notwithstanding the mediation, to meet the March 21, 2014 deadline.

New York, NY
December 20, 2013

                              */s/ Lorna G. Schofield*
                              LORNA G. SCHOFIELD
                              UNITED STATES DISTRICT JUDGE