```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

SACHIN SHAH,

                               Plaintiff,

      - against -

JUSTIN S. LUMIERE, et al.,

                               Defendants.

-----------------------------------------------------------X

13 CIV 2975 (LGS) (SN)

ECF CASE

**STIPULATION AND ORDER**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties to this action:

      1.    Plaintiff Sachin Shah dismisses all claims against defendants Justin Lumiere and Stefan Lumiere with prejudice.

      2.    The Clerk of the Court is directed to amend the caption of this action to delete the names of defendants Justin Lumiere and Stefan Lumiere.

Dated: New York, New York
           August 20, 2015

LIDDLE & ROBINSON L.L.P.

By: _____
Christine Palmieri

800 Third Avenue
New York, N.Y. 10022
(212) 687-8500

*Attorneys for Plaintiff Sachin Shah*

The Clerk of Court is respectfully directed to terminate Justin Lumiere and Stefan Lumiere as parties in this action.

Dated: August 20, 2015
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

SHER TREMONTE LLP

By: _____
      Robert Knuts

80 Broad Street, Suite 1301
New York, NY 10004
(212) 202-2638

*Attorneys for Defendants Justin Lumiere and Stefan Lumiere*


BRAGAR, EAGEL & SQUIRE, P.C.


By: _____
      Lawrence P. Eagel

885 Third Avenue, Suite 3040
New York, NY 10022
(212) 308-5858

*Attorneys for Defendant Lester L. Levy, Jr.*


SO ORDERED:

_____
U.S.D.J.

2

SHER TREMONTE LLP

By:_____
     Robert Knuts

80 Broad Street, Suite 1301
New York, NY 10004
(212) 202-2638

*Attorneys for Defendants Justin Lumiere and Stefan Lumiere*

BRAGAR, EAGEL & SQUIRE, P.C.

By:_____
     Lawrence P. Eagel

885 Third Avenue, Suite 3040
New York, NY 10022
(212) 308-5858

*Attorneys for Defendant Lester L. Levy, Jr.*

SO ORDERED:

_____
U.S.D.J.

2