UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
SACHIN SHAH,                                   :
                                               :
                      Plaintiff,               :
                                               :         No. 1:13-cv-02975-LGS-SN
         -against-                             :
                                               :         **DEFENDANT'S NOTICE OF MOTION**
                                               :         **FOR SUMMARY JUDGMENT**
LESTER L. LEVY,                                :
                                               :
                      Defendant.               :
------------------------------------------------------x

PLEASE TAKE NOTICE that, upon the Declaration of Lester L. Levy, Sr., dated March 24, 2016, Defendant's Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1 and the accompanying Memorandum of Law In Support of Defendant's Motion for Summary Judgment, Defendant will move this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, before the Honorable Lorna Schofield, at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be set by the Court, for an Order: granting defendant summary judgment on Plaintiff's sole remaining claims of (i) tortious interference with contract, and (ii) defamation, and for such other relief as the Court deems just and proper.

Dated: New York, New York
       March 25, 2016

                                               Respectfully submitted,

                                               BRAGAR EAGEL & SQUIRE, PC


                                               By: /s/ Lawrence P. Eagel
                                                   Lawrence P. Eagel
                                                   Justin A. Kuehn
                                               885 Third Avenue, Suite 3040
                                               New York, New York  10022
                                               Telephone: (212) 308-5858
                                               Facsimile: (212) 486-0462
                                               eagel@bespc.com
                                               kuehn@bespc.com

1

-and-

WOLF POPPER LLP

By /s/ Lester L. Levy
   Lester L. Levy, Sr.
   Robert Plosky
845 Third Avenue
New York, N.Y. 10022
(212) 451-9606
llevy@wolfpopper.com
rplosky@wolfpopper.com

*Co-Counsel for Defendant*