UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
SACHIN SHAH,
                                Plaintiff,

             -against-

LESTER L. LEVY,
                              Defendant,
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/01/16

13 Civ. 2975 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS a conference was held before the Court on November 30, 2016.  It is hereby

**ORDERED** that in accordance with and as further provided in Individual Rule IV.B:

(1) The parties' motions *in limine* shall be due **February 27, 2017**.  Any responses to the motions shall be due **March 8, 2017**.  Page limits are set forth in the Court's Individual Rules.  No replies shall be filed

(2) Joint requests to charge, joint *voir dire*, a joint proposed verdict sheet and a statement of the case as provided in Individual Rule IV.B.4 shall be submitted by **March 15, 2017**.  The parties shall note any disagreement in the documents.

(3) Any final pretrial memoranda of law, addressing only legal issues that were not addressed in the motion for summary judgment, shall be filed by **March 15, 2017**.

(4) The final pretrial order shall be due **March 22, 2017.**

(5) The parties shall appear for a final pretrial conference on **April 5, 2017, at 11:00 a.m.**

(6) A jury trial shall commence **April 24, 2017 at 10:00 a.m**.

(7) By **December 7, 2016**, the parties shall file a joint letter advising the Court as to whether they consent to a trial in front of a Magistrate Judge.

Dated: December 1, 2016
      New York, New York

 

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**