# LIDDLE & ROBINSON, L.L.P.

800 THIRD AVENUE
NEW YORK, N.Y. 10022

(212) 687-8500

FACSIMILE: (212) 687-1505

www.liddlerobinson.com
E-mail: cpalmieri@liddlerobinson.com

BLAINE H. BORTNICK
JAMES W. HALTER
JAMES R. HUBBARD
JEFFREY L. LIDDLE
CHRISTINE A. PALMIERI
MATTHEW J. MCDONALD

SHERRY M. SHORE
ROBERT L. ADLER
KRISTA E. BOLLES
ATOOSA N. ESMAILI
PETER A. FERNANDEZ**
CRAIG S. TARASOFF**

COUNSEL
READ K. MCCAFFREY*
HON. MELVIN L. SCHWEITZER (RET.)

**AWAITING ADMISSION TO THE BAR

*ADMITTED IN THE
DISTRICT OF COLUMBIA,
MARYLAND & MASSACHUSETTS

February 15, 2017

VIA ECF

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: Shah v. Levy; 13-cv-2975 (LGS)(SN)

Dear Judge Schofield:

      I represent the Plaintiff, Sachin Shah, and write to request a two-day extension of the dates by which the parties' motions in limine, and responses to those motions, must be filed. Thus, I request that the date to file motions in limine be extended from February 27 to March 1, and the date to respond to such motions be extended from March 8 to March 10. This is the first request for an adjournment of these dates. The additional time is requested because I will be out of the office on vacation during the week of February 20. I have spoken with opposing counsel, who take no position on this request.

Respectfully submitted,

*/s Christine A. Palmieri*

Christine A. Palmieri

cc: Counsel for Defendant (via ECF)