LAW OFFICES
# WOLF POPPER LLP
845 THIRD AVENUE
NEW YORK, N.Y. 10022-6601

(212) 759-4600

FACSIMILE: (212) 486-2093
WWW.WOLFPOPPER.COM

DIRECT DIAL:   (212) 451-9606

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/13/17

March 13, 2017

<u>VIA ECF</u>

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    **Shah v. Levy, 13-cv-02975-LGS-SN**

Dear Judge Schofield,

    We are co-counsel for the defendant. Because of the impending blizzard, our office will be closed tomorrow and it is questionable when attorneys and staff will be able to get back into the office on Wednesday.

    Plaintiff's attorneys have the same situation and have authorized me to make <u>a joint request to adjourn the time to file the: joint jury instructions, joint voir dire, joint verdict sheet, and the trial memorandum by two days from Wednesday March 15 to Friday March 17 and the time to file the joint pretrial order two days from Wednesday, March 22 to Friday, March 24.</u>

Respectfully yours,

*Lester L. Levy, Sr.*
Lester L. Levy, Sr.

APPLICATION GRANTED

*[signature]*
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dated: March 13, 2017
    New York, New York