LAW OFFICES
# WOLF POPPER LLP
845 THIRD AVENUE

NEW YORK, N.Y. 10022-6601

(212) 759-4600

FACSIMILE: (212) 486-2093

WWW.WOLFPOPPER.COM

DIRECT DIAL: (212) 451-9606

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2017
```

April 6, 2017

By ECF

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> Application GRANTED. By April 10, 2017, at 12:00 P.M., Plaintiff must identify in writing and serve on Defendant any statements he intends to claim are defamatory at trial.
>
> Dated: April 7, 2017
> New York, New York
>
> LORNA G. SCHOFIELD
> **UNITED STATES DISTRICT JUDGE**

Re:  Shah v. Levy, 13-cv-02975-LGS-SN

Dear Judge Schofield,

We are co-counsel for defendant in the above-referenced action. The trial in this matter is scheduled to begin on April 24, 2017. As defendant set forth in his March 17, 2017 Pre-Trial Memorandum (ECF No. 263), plaintiff has continually failed to specify which statements in the e-mails he claims are defamatory.

Plaintiff has argued in his Response to Defendant's Pre-Trial Memorandum (ECF No. 264) that "the jury should not be instructed that any statements made by [defendant] are non-actionable opinion." Similarly, in the parties' joint Proposed Jury Instructions (ECF No. 260), plaintiff argued that the jury should not be instructed that statements of opinion cannot be considered in determining liability for defamation because the issue of "[w]hether an alleged defamatory statement is one of opinion or fact is a question of law for the Court," and "[t]his Court has made no ruling as to whether any of [d]efendant's statements constitute non-actionable opinion."

As plaintiff has refused to specify which statements contained in the emails he claims are defamatory, neither defendant nor this Court can determine which statements among those are non-actionable opinion. The same is true for defendant's defenses of truth and hyperbole.

At the time defendant filed his Pre-Trial Memorandum, the Pre-Trial Conference in this matter was scheduled for April 5, 2017. That left enough time for this issue to be resolved at the Pre-Trial Conference before trial. However, the Pre-Trial Conference has since been moved to

WOLF POPPER LLP

The Honorable Lorna G. Schofield
April 6, 2017
Page 2

April 18, 2017, less than a week before trial, making necessary this letter motion for an order directing plaintiff to specify which statements in the e-mails he claims are defamatory. We have reached out to plaintiff's counsel several times in an attempt to resolve this issue without Court intervention, but such efforts have been unsuccessful.

                                                Respectfully submitted,

                                                Lester L. Levy, Sr.

cc:    Counsel of Record