# LIDDLE & ROBINSON, L.L.P.

800 THIRD AVENUE
NEW YORK, N.Y. 10022

(212) 687-8500

FACSIMILE: (212) 687-1505

www.liddlerobinson.com
E-mail: cpalmieri@liddlerobinson.com

BLAINE H. BORTNICK
JAMES W. HALTER
JAMES R. HUBBARD
JEFFREY L. LIDDLE
CHRISTINE A. PALMIERI
MATTHEW J. MCDONALD

COUNSEL
READ K. MCCAFFREY*
HON. MELVIN L. SCHWEITZER (RET.)

*ADMITTED IN THE
DISTRICT OF COLUMBIA,
MARYLAND & MASSACHUSETTS

SHERRY M. SHORE
ROBERT L. ADLER
KRISTA E. BOLLES
ATOOSA N. ESMAILI
PETER A. FERNANDEZ**
CRAIG S. TARASOFF**

**AWAITING ADMISSION TO THE BAR

June 23, 2017

<u>VIA ECF</u>

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   <u>Shah v. Levy; 13-cv-2975 (LGS)(SN)</u>

Dear Judge Schofield:

      We represent the Plaintiff, Sachin Shah. We write seeking permission to file a motion to withdraw as Mr. Shah's counsel, permission to file under seal a recent communication from Mr. Shah in support of such motion, and an extension of the June 29, 2017 deadline for post-judgment filings so that Mr. Shah has sufficient time to raise intended matters with the Court.

      On June 22, 2017, we received a lengthy communication from Mr. Shah that, among other things, directed us to cease work on the bill of costs we were intending to file on his behalf as a prevailing party. This communication unequivocally demonstrates that the attorney-client relationship has broken down to the point where we are no longer authorized to act on Mr. Shah's behalf. We thus respectfully request the opportunity to move for withdrawal, and to submit Mr. Shah's communication under seal in support of that motion. We also request that Mr. Shah be provided additional time beyond June 29, 2017 to prepare any post-judgment filings he intends to pursue.

LIDDLE & ROBINSON, L.L.P.

The Honorable Lorna G. Schofield        -2-                    June 23, 2017

>                           Respectfully submitted,
>
>                           */s Christine A. Palmieri*
>
>                           Christine A. Palmieri

cc:   Counsel for Defendant (via ECF)
      Mr. Sachin Shah (via e-mail)