UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sachin Shah

Fill in above the full name of each plaintiff or petitioner.

Case No. __13__ CV __2975 (LGS) (SN)__

-against-

Justin S. Lumiere

Stefan Lorca De St Pierre Lumiere

Lester L. Levy

Fill in above the full name of each defendant or
respondent.

## DECLARATION

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's
Motion for Summary Judgment."

I, __Justin S. Lumiere__ , declare under penalty of perjury that the

following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court
order. You may also refer to and attach any relevant documents.

See Attached Letter dated 11/14/2018

Rev. 6/30/16

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Attach additional pages and documents if necessary.

11/14/2018
Executed on (date)                                    Signature

Justin S Lumiere
Name                                                  Prison Identification # (if incarcerated)

6875 Willow Wood Dr. Apt. 2042    Boca Raton      FL       33434
Address                                City          State    Zip Code

561.400.0760                          LumiereJustin@gmail.com
Telephone Number (if available)        E-mail Address (if available)

November 14, 2018



Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Shah v. Levy: 13 CIV 2975 (LGS) (SN)

My name is Justin S. Lumiere. I am a financial advisor with Bank of America Merrill Lynch in
Boca Raton, FL. I am the father of 2 boys, Jack Everett Lumiere (aged 7) and Gavin Zane Lumiere
(aged 4). I am a graduate of Emory University where I earned a Bachelor of Arts in French
Literature and The University of Chicago Booth School of Business where I earned a Master of
Business Administration.

Lester L. Levy stole my identity and got me caught up in a lawsuit for allegations that it was
determined I had nothing to do with and which Plaintiff Sachin Shah eventually dropped all
charges against me as stipulated and ordered in a filing dated 8/20/2015. Although it was
ordered that the Caption remove my name Justin S. Lumiere, when using an Internet search
engine to read about me, someone will find the new caption Shah v Levy, but parts of the
contents of the filings will also show up without even having to click on the Internet search
result and will reveal my name along with unflattering words such as "Temporary Restraining
Order". As stated above, I am a financial advisor with Bank of America Merrill Lynch and it is
common for new prospects to conduct internet searches of the advisors whom they are
contemplating hiring to manage their assets. When conducting an Internet search under Justin
S. Lumiere on Google.com for example the following will appear on the first internet search
page or a page thereafter:

## Shah v. Levy Docket Sheet - DocketBird

https://www.docketbird.com/court-cases/Shah-v-Levy/nysd-1:2013-cv-02975

1.
ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION TEMPORARY
RESTRAINING ORDER filed by Sachin K. Shah. Defendants Justin S. Lumiere and ...

Amending the Caption does not remove the unappealing contents of the filings that will show
up without even having to click on the caption. I have worked hard my entire career and now
my name is associated with unflattering and slanderous information. As stated above, I am also
the father to 7 year old Jack Everett Lumiere and 4 year old Gavin Zane Lumiere, and it is sad to

know that any of the parents of their friends can find unbecoming words about their father which was all the result of the ease at which someone can simply register an internet email address under someone else's name as Lester L. Levy did and destroy someone's reputation.

I am pleading with the court to have documents redacted to remove my name Justin S. Lumiere or alternatively that an order be issued such that my name is not to be visible within the body of an internet search result having to do with the Sachin Shah v. Lester L. Levy case.

Respectfully Yours,

Justin S. Lumiere

Google    justin lumiere

All    Images    News    Shopping    Videos    More        Settings    Tools

About 6,850,000 results (0.46 seconds)

Merrill Lynch Advisor | Justin Lumiere
Ad  fa.ml.com/MerrillLynch
Contact Merrill Lynch To Help Make your Financial Goals A Reality. Advisor Offices Near You. Periodic
Reviews. Chief Investment Office. Customized Advice. Fee & Risk Transparency. 14,000 Financial
Advisors. Progress Updates. Financial Evaluations. Goal Prioritization.

Justin Lumière
www.justinlumiere.com/
JPG. JLumiere_LandinPageImage_SF001.JPG. Justin Lumière. INTERDISCIPLINARY ARTIST +
DESIGNER. Design · Photo · Film.

Justin S Lumiere - BOCA RATON,FL | Merrill Lynch
https://fa.ml.com/florida/boca-raton/justin.lumiere
Financial guidance and wealth management services from Justin S Lumiere - Merrill Lynch in BOCA
RATON, FL.

Justin Lumiere - Financial Advisor - Merrill Lynch Wealth Management ...
https://www.linkedin.com/in/justin-lumiere-149b60130
View Justin Lumiere's profile on LinkedIn, the world's largest professional community. Justin has 3 jobs
listed on their profile. See the complete profile on ...

IAPD - Investment Adviser Representative Summary - Justin S Lumiere
https://adviserinfo.sec.gov/IAPD/IAPDIndvlSummary.aspx?INDVL_PK=2875320
Justin S Lumiere is an Investment Adviser at MERRILL LYNCH, PIERCE, FENNER & SMITH
INCORPORATED, BOCA RATON, FL. View current licensing ...

Images for justin lumiere

    

→ More images for justin lumiere                    Report images

Justin Lumiere Profiles | Facebook
https://www.facebook.com/public/Justin-Lumiere
View the profiles of people named Justin Lumiere. Join Facebook to connect with Justin Lumiere and
others you may know. Facebook gives people the power...

Videos

3:17                              3:09                              3:08
Let Me Love You by          DJ Snake ft. Justin         DJ Snake Ft Justin
Justin Bieber & DJ          Bieber - Let Me Love        Bieber - Let Me Love
Snake (Eric Lumiere         You (Roostz ft. Eric        You (Eric Lumiere Cover
Cover)                      Lumiere ...                 X ...

Eric Lumiere                The Vibe Guide              Cruxx
YouTube - Aug 13, 2016      YouTube - Sep 7, 2016       YouTube - Aug 31, 2016

Christi Razzi and Justin Lumiere Wedding Registry
https://registry.theknot.com/christi-razzi-justin-lumiere-january-2017-me/15877328

My Account
Where you'll find tools to secure and manage yo
Account and control your data

GO TO MY ACCOUNT



See outside

Justin S Lumiere - Merrill

Website    Directions    Save

Financial consultant in Boca Raton, Florida

Address: 1 Town Center Rd, Boca Raton, FL 334
Phone: (561) 393-4526

Suggest an edit

Add missing information
Add business hours

Send to your phone

Reviews                              Writ
Be the first to review

More about Justin S Lumier

 From Google Contacts
Only you can see this result

Justin Lumiere

Update your profile

Other: lumierejustin@gmail.com

Jan 8, 2017 - Christi Razzi and Justin Lumiere from Portland, ME have registered at for their wedding on January 08, 2017. Browse all their registries in one ...

### Shah v. Levy Docket Sheet - DocketBird

https://www.docketbird.com/court-cases/Shah-v-Levy/nysd-1:2013-cv-02975 ▾

ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION TEMPORARY RESTRAINING ORDER filed by Sachin K. Shah. Defendants **Justin** S. **Lumiere** and ...

### Stay in the loop                                                                    ›
Receive email notifications when your name gets mentioned on the web

*Feedback*

1  2  3  4  5  6  7  8  9  10          Next

**Boca Raton, Florida** - From your search history - Use precise location - Learn more

Help      Send feedback      Privacy      Terms

*Schofield, S.*

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____                │
│ DATE FILED:___8/20/2015___           │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

SACHIN SHAH,                                    :        13 CIV 2975 (LGS) (SN)
                                                :
                              Plaintiff,         :        ECF CASE
                                                :
              - against -                        :
                                                :
JUSTIN S. LUMIERE, et al.,                       :        **STIPULATION AND ORDER**
                                                :
                              Defendants.        :
                                                :
-------------------------------------------------------------- X

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel for all parties to this action:

        1.      Plaintiff Sachin Shah dismisses all claims against defendants Justin Lumiere and

Stefan Lumiere with prejudice.

        2.      The Clerk of the Court is directed to amend the caption of this action to delete the

names of defendants Justin Lumiere and Stefan Lumiere.


Dated: New York, New York
       August 20, 2015

                                                LIDDLE & ROBINSON L.L.P.


                                                By: _____
                                                        Christine Palmieri

                                                800 Third Avenue
                                                New York, N.Y. 10022
                                                (212) 687-8500

The Clerk of Court is respectfully directed to
terminate Justin Lumiere and Stefan Lumiere      *Attorneys for Plaintiff Sachin Shah*
as parties in this action.

Dated: August 20, 2015
New York, New York

                                _____
                                LORNA G. SCHOFIELD
                                UNITED STATES DISTRICT JUDGE

SHER TREMONTE LLP


By:_____
            Robert Knuts

80 Broad Street, Suite 1301
New York, NY 10004
(212) 202-2638

*Attorneys for Defendants Justin Lumiere
and Stefan Lumiere*


BRAGAR, EAGEL & SQUIRE, P.C.


By:_____
            Lawrence P. Eagel

885 Third Avenue, Suite 3040
New York, NY 10022
(212) 308-5858

*Attorneys for Defendant Lester L. Levy, Jr.*


SO ORDERED:


_____
U.S.D.J.

2

SHER TREMONTE LLP


By:_____
     Robert Knuts

80 Broad Street, Suite 1301
New York, NY 10004
(212) 202-2638

*Attorneys for Defendants Justin Lumiere
and Stefan Lumiere*


BRAGAR, EAGEL & SQUIRE, P.C.

By:_____
     Lawrence P. Eagel

885 Third Avenue, Suite 3040
New York, NY 10022
(212) 308-5858

*Attorneys for Defendant Lester L. Levy, Jr.*


SO ORDERED:


_____
U.S.D.J.

2

Justin Lumiere
6875 Willow Wood Drive
Apt. 2042
Boca Raton, FL 33434



CERTIFIED MAIL

7018 0680 0000 9894 6301



U.S. POSTAGE PAID
FC PKG SVC
BOCA RATON, FL
33431
NOV 14, 18
AMOUNT
$9.70
R2305K135205-06

United States District Court
of the Southern District of New York
Pro Se Intake Unit
Daniel Patrick Moynihan
United States Court house
500 Pearl Street, Room 200
New York, NY 10007

USM P3
SDNY

RECEIVED
SDNY DOCKET UNIT
2018 NOV 19  PM 4:06